Case 7:11-cr-00630-KMK   Document 1662   Filed 08/07/23   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MARCUS CHAMBERS,
  Defendant

No. 11 CR 630

Judge Kenneth M. Karas

MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)
AND THE FIRST STEP ACT

COMES NOW, Marcus Chambers, pro se, and respectfully moves this Court on motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act on the grounds that "extraordinary and compelling" circumstances justify such reduction of sentence.

This motion is supported by the attached Memorandum of Points and Authorities, and appendices thereto.

1



Application for compassionate release under 18 U.S.C. Section 3582 is denied. First, to the extent Mr. Chambers objects to the sentence recently imposed by Judge Roman, there is no basis for this Court to release Mr. Chambers early from the sentence this Court imposed over a decade ago based on his objections to Judge Roman's sentence. Any claims related to Judge Roman's sentence should be addressed to Judge Roman or the Second Circuit. Second, Mr. Chambers has finished serving the term of incarceration imposed by this Court, thus making any claims related to his time in prison moot. See United States v. Chestnut, 989 F.3d 222, 225 (2d Cir. 2021) (dismissing as moot an appeal from a denial of motion for compassionate release related to conditions in prison and defendant's health when the defendant was released from prison). Indeed, nothing about the application challenges the length of time to which Mr. Chambers was sentenced to serve a term of supervised release. Third, Mr. Chambers 782 claim is meritless as he already benefitted from the two-point reduction he seeks here. Finally, consideration of the Section 3553(a) factors independently counsels against early release, as reducing the sentence would undermine respect for the law and general and specific deterrence.

So Ordered.

11/2/23